LUMAN A. SOULE, Respondent, v. VICTOR L. VEYRAC, Appellant.

APPEAL from judgment in favor of plaintiff.

*Charles E. Le Barbier*, for appellant.

*William T. Matthies*, for respondent.

FITZSIMONS, J.   There is not a single objection in appellant's favor, as appears from the appeal book.

The verdict is amply sustained by the evidence, so that we are unable to find any reason for reversing the judgment herein.

It must be affirmed, with costs.

VAN WYCK and CONLAN, JJ., concur.
Judgment affirmed, with costs.